STATE of Missouri, Respondent,

v.

Kenneth L. COHEN, Appellant.

No. WD 35432.

Missouri Court of Appeals,
Western District.

Feb. 19, 1985.

William M. Chapman, Public Defender, Sedalia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and DIXON, JJ.

ORDER

PER CURIAM:

This appeal is from the conviction for manufacture of marihuana tried to the court in violation of § 195.020, RSMo 1978, and sentence of five years imprisonment.

The judgment is affirmed. Rule 30.25(b).